UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 23167
EUGENE C DEWIT
DARIEL JEAN DEWIT                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
SSN XXX-XX-7363     SSN XXX-XX-5503

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/10/05 and confirmed on 08/17/05.

    2.  The case was converted to Chapter 7 after confirmation, 10/16/2008.

    3.  The Debtor paid a total of $  48875.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 7541.49 | .00 | 7541.49 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 25417.55 | .00 | 17428.75 |
| CASUAL CORNER GROUP | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOAN SERVICING CE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 755.54 | .00 | 518.02 |
| SMC | UNSECURED | 2347.14 | .00 | 1609.28 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2500.75 | .00 | 1714.59 |
| MARSHALL FIELD | UNSECURED | 1561.20 | .00 | 1070.13 |
| MARSHALL FIELD | UNSECURED | 405.11 | .00 | 277.62 |
| ACCOUNTS RECOVERY BUREAU | UNSECURED | 835.75 | .00 | 571.94 |
| RUSH UNIVERSITY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14607.90 | .00 | 10016.38 |
| FCNB SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES HOSPITAL & HEAL | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| WELLGROUP HEALTH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SCHOTTLER & ZUKOSKY | ORIGINAL ATTO | 1894.00 | .00 | 1894.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 503.83 | .00 | 343.06 |
| EMCC | UNSECURED | 4288.19 | .00 | 2919.77 |

        Summary of disbursements:
------------------------------------------------------------------------
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED       7541.49      1894.00      53222.96            .00      62658.45
PRINCIPAL PAID           7541.49      1894.00      36469.54            .00      45905.03
INTEREST PAID                .00          .00           .00            .00            .00
TOTAL PAID               7541.49      1894.00      36469.54            .00      45905.03
```

The Debtor's attorney, JUNE PRODEHL & RENZI          , was allowed $    995.00
and was paid $     995.00 .

The Trustee received $   1974.97 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 01/22/09                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE