# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: DEWIT, EUGENE C<br>DEWIT, DARIEL JEAN<br><br>Debtors | § Case No. 05-23167<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 325,007.19 |
| *and approved disbursements of* | $ 292,843.11 |
| *leaving a balance of* | $ 32,164.08 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $ 18,750.19 | $ 196.87 |
| Attorney for trustee | Law Office of Deborah K. Ebner, ESQ. | $ 3,388.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Popowcer Katten | $ 924.50 | $ |
| Special Attorney for trustee | John W. Pleta | $ 600.00 | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Other _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor _____ | $_____ | $_____ |
| Attorney for _____ | $_____ | $_____ |
| Accountant for _____ | $_____ | $_____ |
| Appraiser for _____ | $_____ | $_____ |
| Other _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,680.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Marshall Field | $ 127.49 | $ 59.89 |
| 2 | Marshall Field | $ 491.07 | $ 230.64 |
| 3 | eCast Settlement Corp--GE Cons. Fin | $ 237.52 | $ 111.56 |
| 4 | EMCC, Inc.--Household Bk/Menards | $ 1,368.42 | $ 642.70 |
| 5 | SMC c/o Carson Pirie Scott | $ 737.86 | $ 346.55 |
| 6 | ROUNDUP FUNDING, L.L.C.--Sears | $ 160.77 | $ 75.51 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 8 | St. James Hospital | $ 263.81 | $ 123.90 |
| 9 | eCAST Settlement Corp. Assign GE/JCP Cons. | $ 786.16 | $ 369.24 |
| 10 | LVNV Funding LLC., successors & assigns, as Citibank | $ 4,591.52 | $ 2,156.50 |
| 11 | LVNV Funding LLC., successors & assigns, as Citibank | $ 7,988.80 | $ 3,752.09 |
| 12 | Recovery Mgmt Syst. Corp for GE Money-(JCPenney) | $ 568.25 | $ 266.89 |
| 13 | eCAST Settlement Corp succ to Spiegel | $ 358.88 | $ 168.55 |

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:
219 South Dearborn Street
Chicago, Illinois

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 am on 8/28/09 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, Illinois.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date: 07/17/2009          By: /s/DEBORAH K. EBNER
                                      Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 800
CHICAGO, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

Case 05-23167   Doc 84   Filed 07/24/09   Entered 07/26/09 23:52:33   Desc Imaged
                        Certificate of Service   Page 5 of 6

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales             Page 1 of 2          Date Rcvd: Jul 24, 2009
Case: 05-23167                Form ID: pdf006             Total Noticed: 42

The following entities were noticed by first class mail on Jul 26, 2009.
db/jdb       +Eugene C DeWit,    Dariel Jean DeWit,    283 White Hawk Way,    Manteno, IL 60950-5203
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 800,
               Chicago, IL 60603-6324
aty          +John C Renzi,    June Prodehl & Renzi LLC,    1861 Black Road,    Joliet, IL 60435-3591
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
9443012      +Academy Collection Services, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3294
9443013      +Baker, Miller, Markoff & Krasny, LLC,    11 S. LaSalle,    Chicago, IL 60603-1203
9443016       Countrywide Financial Corporation Corpor,    PO Box 650070,    Dallas, TX 75265-0070
9669271      +Countrywide Home Loans Inc,    Bankruptcy Department,    400 Countrywide Way,
               Simi Valley,  CA 93065-6298
12889839     +Direc TV,    POB 361477,    Columbus, OH 43236-1477
9443017       Direct Loan Servicing System,    PO BOX 4609,    Utica, NY 13504-4609
9443018      +EMCC, Inc,    33 Riverside Drive,    Pembroke, MA 02359-1954
9566256      +EMCC, Inc.,    c/o Weltman, Weinberg & Reis Co., L.P.A.,    1419 Lake Cook Road,    Suite 480,
               Deerfield, IL 60015-5228
9443020      +Harris & Harris,    600 W. Jackson,    Suite 700,    Chicago, IL 60661-5629
9443021       Harris Bank,    P.O. Box 6290,    Carol Stream, IL 60197-6290
9443022      +Harris, N.A.,    111 W. Monroe,    Chicago, Illinois 60603-4095
9443023       Household Bank (SB), N.A.,    PO BOX 5244,    Carol Stream, IL 60197-5244
12729940     +June Prodehl & Renzi LLC,    1861 Black Road,    Joliet, IL 60435-3591
9443025      +Marshall Field,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
12889840      Physicians Portion of Emergency,    Department Care,    POB 2065,    Seattle, WA 98111-2065
12889841     +Rush University,    1700 West Van Buren,    Suite 161 TOB,    Chicago, IL 60612-5500
9443027       Rush University Medical Center,    21238 Nerwork Place,    Chicago, IL 60673-1212
12889842      Rush University Medical Group,    75 Remittance Drive,    Dept 1611,    Chicago, IL 60675-1611
9443014      +SMC c/oCarson Pirie Scott,    POB 19249,    Sugar Land, TX 77496-9249
9443028      +Schottler & Zukosky,    10 S. LaSalle,    Suite 3410,    Chicago, IL 60603-1036
9443029       Sears Gold Mastercard,    PO BOX 182156,    Columbus, OH 43218-2156
9443030       Spiegel Charge,    FCNB,    PO BOX 5811,    Hicksville, NY 11802-5811
12889843     +St James Hospital,    Health Centers,    POB 1179,    Hammond, IN 46325-1179
9443031       St. James Hospital,    Mutual Hospital Services,    POB 19828,    Indianapolis, IN 46219-0828
9443032      +Van Ru Credit Corporation,    150 S. Sunnyslope Rd, Suite 108,    Brookfield, WI 53005-6461
12889844     +Well Group,    333 Dixie Hwy,    Chicago Heights, IL 60411-1748
9443033       Well Group,    Health Partners,    333 Dixi Highway,    Chicago Heights, IL 60411-1748
13494556      eCAST Settlement Corporation successor to,    Spiegel Acceptance Corp,    POB 35480,
               Newark NJ 07193-5480
10000219      eCAST Settlement Corporation, assignee of,    General Electric/JCP CONSUMER,    P.O. Box 35480,
               Newark, NJ  07193-5480
9500523      +eCast Settlement Corp,    PO Box 35480,    Newark, NJ 07193-5480
The following entities were noticed by electronic transmission on Jul 25, 2009.
9655277      +E-mail/PDF: BNCEmails@blinellc.com Jul 25 2009 01:48:10     B-Line, LLC/Sherman Acquisition, LLC,
               SEARS - SEARS,    Mail Stop 550,    2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9443015       E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2009 01:47:58     Casual Corner,    PO Box 105975,
               Atlanta, GA  30348-5975
9443019       E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2009 01:47:21     GE Money Bank,    PO Box 960061,
               Orlando, Fl. 32896-0061
9443024       E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2009 01:47:38     JC PENNEY,    PO BOX 960001,
               Orlando, FL 32896-0001
10247737      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC., its successors and assigns, as,    Resurgent Capital Services,
               P.O. Box 10587,    Greenville, SC 29603-0587
11512611      E-mail/PDF: BNCEmails@blinellc.com Jul 25 2009 01:48:10     ROUNDUP FUNDING, L.L.C.,   MS 550,
               PO Box 91121,    SEATTLE, WA 98111-9221
12999731     +E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2009 01:53:55     Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           John W Pleta
aty           Law Office of Deborah K Ebner
                                                                                               TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: ccabrales          Page 2 of 2              Date Rcvd: Jul 24, 2009
Case: 05-23167                Form ID: pdf006          Total Noticed: 42

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2009**              **Signature:**  *Joseph Speetjens*