# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: DEWIT, EUGENE C
DEWIT, DARIEL JEAN

Case No. 05-23167

Chapter 7

_____,

Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
*(without deducting any secured claims)*

Assets Exempt: $38,800.00

Total Distribution to Claimants: $261,037.82

Claims Discharged
Without Payment: $14,075.05

Total Expenses of Administration: $48,969.37

3) Total gross receipts of $ 325,007.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $310,007.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $275,394.04 | $267,689.49 | $252,733.80 | $252,733.80 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 48,969.37 | 48,969.37 | 48,969.37 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 1,894.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 62,955.14 | 54,238.99 | 17,769.45 | 8,304.02 |
| **TOTAL DISBURSEMENTS** | $340,243.18 | $370,897.85 | $319,472.62 | $310,007.19 |

4)  This case was originally filed under Chapter 13 on June 10, 2005 and it was converted to Chapter 7 on October 16, 2008.The case was pending for 70 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/20/2011</u>          By: <u> /s/DEBORAH K. EBNER</u>
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 7458 West Lakeside Dr., Frankfort, IL, Single Fa | 1110-000 | 325,000.00 |
| Interest Income | 1270-000 | 7.19 |
| **TOTAL GROSS RECEIPTS** | | **$325,007.19** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Eugene & Dariel Dewit | Homestead Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Countrywide Home Loans Inc | 4110-000 | 213,000.00 | 205,941.73 | 190,986.04 | 190,986.04 |
| NOTFILED | Harris Bank-3rd Mort | 4110-000 | 44,212.30 | 43,721.37 | 43,721.37 | 43,721.37 |
| NOTFILED | Harris Bank-2nd Mort | 4110-000 | 18,181.74 | 18,026.39 | 18,026.39 | 18,026.39 |
| **TOTAL SECURED CLAIMS** | | | **$275,394.04** | **$267,689.49** | **$252,733.80** | **$252,733.80** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 18,750.19 | 18,750.19 | 18,750.19 |
| DEBORAH K. EBNER | 2200-000 | N/A | 196.87 | 196.87 | 196.87 |

**UST Form 101-7-TDR (10/1/2010)**

| Law Office of Deborah K. Ebner, ESQ. | 3110-000 | N/A | 3,388.50 | 3,388.50 | 3,388.50 |
| John W. Pleta | 3210-600 | N/A | 600.00 | 600.00 | 600.00 |
| Popowcer Katten | 3410-000 | N/A | 924.50 | 924.50 | 924.50 |
| Realty Executives/Century 21 | 2500-000 | N/A | 13,020.00 | 13,020.00 | 13,020.00 |
| Regent Title | 2500-000 | N/A | 60.00 | 60.00 | 60.00 |
| Regent Title | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| John W. Pleta PC | 2500-000 | N/A | 1,335.00 | 1,335.00 | 1,335.00 |
| City & State deeds | 2500-000 | N/A | 487.50 | 487.50 | 487.50 |
| David A Ring Land Surveyors | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| Guardian Inspection | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| John Pleta | 2500-000 | N/A | 30.00 | 30.00 | 30.00 |
| HWA | 2500-000 | N/A | 399.00 | 399.00 | 399.00 |
| Realty Executives /Century 21 | 2500-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| County Tax | 2500-000 | N/A | 7,360.08 | 7,360.08 | 7,360.08 |
| International Sureties | 2300-000 | N/A | 39.73 | 39.73 | 39.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 48,969.37 | 48,969.37 | 48,969.37 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Schottler & Zukosky | 5200-000 | 1,894.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 1,894.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Marshall Field | 7100-000 | 373.22 | 405.11 | 127.49 | 59.89 |
| 2 | Marshall Field | 7100-000 | 1,508.30 | 1,561.20 | 491.07 | 230.64 |
| 3 | eCast Settlement Corp--GE Cons. Fin | 7100-000 | 574.86 | 755.54 | 237.52 | 111.56 |
| 4 | EMCC, Inc.--Household Bk/Menards | 7100-000 | 9,102.72 | 4,288.19 | 1,368.42 | 642.70 |
| 5 | SMC c/oCarson Pirie Scott | 7100-000 | 2,347.14 | 2,347.14 | 737.86 | 346.55 |
| 6 | ROUNDUP FUNDING, L.L.C.--Sears | 7100-000 | 1,952.62 | 503.83 | 160.77 | 75.51 |
| 8 | St. James Hospital | 7100-000 | 228.72 | 835.75 | 263.81 | 0.00 |
| 9 | eCAST Settlement Corp. Assign GE/JCP Cons. | 7100-000 | 2,500.75 | 2,500.75 | 786.16 | 369.24 |
| 10 | LVNV Funding LLC., successors & assigns, as | 7100-000 | 14,764.22 | 14,607.90 | 4,591.52 | 2,156.50 |
| 11 | LVNV Funding LLC., successors & assigns, as | 7100-000 | 25,767.55 | 25,417.55 | 7,988.80 | 3,752.09 |
| 12 | Recovery Mgmt Syst. Corp for GE Money-(JCPenney) | 7100-000 | 755.54 | 568.25 | 568.25 | 266.89 |
| 13 | eCAST Settlement Corp succ to Spiegel | 7100-000 | 363.88 | 323.88 | 323.88 | 168.55 |
| NOTFILED | Mutual Hospital | 7100-000 | 607.03 | N/A | N/A | 0.00 |
| NOTFILED | Van RU Credit Corp | 7100-000 | 490.45 | N/A | N/A | 0.00 |
| NOTFILED | Rush University Med Ctr | 7100-000 | 421.07 | N/A | N/A | 0.00 |
| NOTFILED | Well Group Health Partners | 7100-000 | 1,197.07 | N/A | N/A | 0.00 |
| TURNOVER | Clerk of the US Bankruptcy Court - Clerk of the US | 7100-001 | N/A | 123.90 | 123.90 | 123.90 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 62,955.14 | 54,238.99 | 17,769.45 | 8,304.02 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05-23167 | **Trustee:** (330480) DEBORAH K. EBNER |
| **Case Name:** DEWIT, EUGENE C | **Filed (f) or Converted (c):** 10/16/08 (c) |
| DEWIT, DARIEL JEAN | **§341(a) Meeting Date:** 11/20/08 |
| **Period Ending:** 03/20/11 | **Claims Bar Date:** 02/18/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7458 West Lakeside Dr., Frankfort, IL, Single Fa | 300,000.00 | 0.00 | | 325,000.00 | FA |
| 2 | DUPLICATE OF CLAIM #1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account @ Bank of Homewood & Harris Ban | 150.00 | 0.00 | | 0.00 | FA |
| 4 | Necessary and normal household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary and normal wearing apparel | 375.00 | 0.00 | | 0.00 | FA |
| 6 | Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 1997 Chrysler Sebring | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | 1999 Chevrolet Blazer | 4,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 7.19 | FA |
| 9 | **Assets**        **Totals** (Excluding unknown values) | **$308,025.00** | **$0.00** | | **$325,007.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Account being prepared

**Initial Projected Date Of Final Report (TFR):**     December 30, 2014          **Current Projected Date Of Final Report (TFR):**     July 23, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-23167 | |
| Case Name: | DEWIT, EUGENE C | |
| | DEWIT, DARIEL JEAN | |
| Taxpayer ID #: | **-***9155 | |
| Period Ending: | 03/20/11 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****84-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/08/08 | {1} | Regent Title Insurance Agency, LLC | INCORRECT AMOUNT | | 1110-000 | 32,196.67 | | 32,196.67 |
| 12/08/08 | | Regent Title Insurance Agency | Net proceeds | | | 32,196.62 | | 64,393.29 |
| | {1} | Regent Title | Gross amount received | 325,000.00 | 1110-000 | | | 64,393.29 |
| | | Realty Executives/Century 21 | Commissions | -13,020.00 | 2500-000 | | | 64,393.29 |
| | | Regent Title | Courier service fee | -60.00 | 2500-000 | | | 64,393.29 |
| | | Regent Title | II. Agent Registration fee | -3.00 | 2500-000 | | | 64,393.29 |
| | | John W. Pleta PC | Title Insurance | -1,335.00 | 2500-000 | | | 64,393.29 |
| | | City & State deeds | Deeds | -487.50 | 2500-000 | | | 64,393.29 |
| | | David A Ring Land Surveyors | Survey | -300.00 | 2500-000 | | | 64,393.29 |
| | | Guardian Inspection | Pest Inspection | -75.00 | 2500-000 | | | 64,393.29 |
| | | John Pleta | UPS Overnite | -30.00 | 2500-000 | | | 64,393.29 |
| | | Eugene & Dariel Dewit | Homestead Exemption | -15,000.00 | 8100-002 | | | 64,393.29 |
| | | HWA | Home Warranty | -399.00 | 2500-000 | | | 64,393.62 |
| | | Countrywide Home Loans Inc | Payoff first mortgage | -190,986.04 | 4110-000 | | | 64,393.29 |
| | | Harris Bank-2nd Mort | Payoff second mortgage | -18,026.39 | 4110-000 | | | 64,393.29 |
| | | Realty Executives /Century 21 | Deposit Retained by broker | -2,000.00 | 2500-000 | | | 64,393.29 |
| | | Harris Bank-3rd Mort | Payoff 3rd Mortgage | -43,721.37 | 4110-000 | | | 64,393.29 |
| | | County Tax | Taxes | -7,360.08 | 2500-000 | | | 64,393.29 |
| 12/10/08 | {1} | Regent Title Insurance Agency, LLC | Reversed Deposit 100001 1 | | 1110-000 | -32,196.67 | | 32,196.62 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.22 | | 32,197.84 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.31 | | 32,199.15 |
| 02/08/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #05-23167 Voided on 02/08/09 | | 2300-000 | | ! 39.73 | 32,159.42 |
| 02/08/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #05-23167 Voided: check issued on 02/08/09 | | 2300-000 | | ! -39.73 | 32,199.15 |
| 02/08/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #05-23167, 016026455 | | 2300-000 | | 39.73 | 32,159.42 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.22 | | 32,160.64 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.39 | | 32,162.03 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.31 | | 32,163.34 |
| 05/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | | 1270-000 | 0.74 | | 32,164.08 |
| 05/16/09 | | To Account #*******8466 | To close | | 9999-000 | | 32,164.08 | 0.00 |
| | | | Subtotals : | | | $32,203.81 | $32,203.81 | |

| | | |
|---|---|---|
| {} Asset reference(s) | !-Not printed or not transmitted | Printed: 03/20/2011 02:36 PM    V.12.56 |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-23167 |
| Case Name: | DEWIT, EUGENE C |
| | DEWIT, DARIEL JEAN |
| Taxpayer ID #: | **-***9155 |
| Period Ending: | 03/20/11 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-****84-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 32,203.81 | 32,203.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 32,164.08 | |
| | | | Subtotal | | 32,203.81 | 39.73 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $32,203.81 | $-14,960.27 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 05-23167 | | **Trustee:** | DEBORAH K. EBNER (330480) | | |
| **Case Name:** | DEWIT, EUGENE C | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | | |
| | DEWIT, DARIEL JEAN | | **Account:** | ***-*****84-66 - Checking Account | | |
| **Taxpayer ID #:** | **-***9155 | | **Blanket Bond:** | $5,000,000.00  (per case limit) | | |
| **Period Ending:** | 03/20/11 | | **Separate Bond:** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/16/09 | | From Account #********8465 | To close | 9999-000 | 32,164.08 | | 32,164.08 |
| 08/28/09 | 101 | Popowcer Katten | Accountant  fees per order of 9/1/09 | 3410-000 | | 924.50 | 31,239.58 |
| 08/28/09 | 102 | Law Office of Deborah K. Ebner, ESQ. | Attorney fees per order of 9/1/09 | 3110-000 | | 3,388.50 | 27,851.08 |
| 08/28/09 | 103 | John W. Pleta | Special Counsel fees per order of 9/1/09 | 3210-600 | | 600.00 | 27,251.08 |
| 08/28/09 | 104 | DEBORAH K. EBNER | Trustee fees per order of 9/1/09 | 2100-000 | | 18,750.19 | 8,500.89 |
| 08/28/09 | 105 | DEBORAH K. EBNER | Trustee expenses  per order of 9/1/09 | 2200-000 | | 196.87 | 8,304.02 |
| 08/28/09 | 106 | Marshall Field | First and final distribution - 47% | 7100-000 | | 59.89 | 8,244.13 |
| 08/28/09 | 107 | Marshall Field | First and final distribution - 47% | 7100-000 | | 230.64 | 8,013.49 |
| 08/28/09 | 108 | eCast Settlement Corp--GE Cons. Fin | First and final distribution - 47% | 7100-000 | | 111.56 | 7,901.93 |
| 08/28/09 | 109 | EMCC, Inc.--Household Bk/Menards | First and final distribution - 47% Stopped on 09/30/09 | 7100-000 | | 642.70 | 7,259.23 |
| 08/28/09 | 110 | SMC c/oCarson Pirie Scott | First and final distribution - 47% | 7100-000 | | 346.55 | 6,912.68 |
| 08/28/09 | 111 | ROUNDUP FUNDING, L.L.C.--Sears | First and final distribution - 47% | 7100-000 | | 75.51 | 6,837.17 |
| 08/28/09 | 112 | St. James Hospital | First and final distribution - 47% Stopped on 04/16/10 | 7100-000 | | 123.90 | 6,713.27 |
| 08/28/09 | 113 | eCAST Settlement Corp. Assign GE/JCP Cons. | First and final distribution - 47% | 7100-000 | | 369.24 | 6,344.03 |
| 08/28/09 | 114 | LVNV Funding LLC., successors & assigns, as Citibank | First and final distribution - 47% | 7100-000 | | 2,156.50 | 4,187.53 |
| 08/28/09 | 115 | LVNV Funding LLC., successors & assigns, as Citibank | First and final distribution - 47% | 7100-000 | | 3,752.09 | 435.44 |
| 08/28/09 | 116 | Recovery Mgmt Syst. Corp for GE Money-(JCPenney) | First and final distribution - 47% | 7100-000 | | 266.89 | 168.55 |
| 08/28/09 | 117 | eCAST Settlement Corp succ to Spiegel | First and final distribution - 47% | 7100-000 | | 168.55 | 0.00 |
| 09/30/09 | 109 | EMCC, Inc.--Household Bk/Menards | First and final distribution - 47% Stopped: check issued on 08/28/09 | 7100-000 | | -642.70 | 642.70 |
| 01/13/10 | | Entered in error | ENTRY ERROR | | 0.00 | | 642.70 |
| 04/16/10 | 112 | St. James Hospital | First and final distribution - 47% Stopped: check issued on 08/28/09 | 7100-000 | | -123.90 | 766.60 |
| 04/20/10 | | Wire out to BNYM account 9200******8466 | Wire out to BNYM account 9200******8466 | 9999-000 | -766.60 | | 0.00 |

| | | | | Subtotals : | $31,397.48 | $31,397.48 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-23167 |
| **Case Name:** | DEWIT, EUGENE C |
| | DEWIT, DARIEL JEAN |
| **Taxpayer ID #:** | **-***9155 |
| **Period Ending:** | 03/20/11 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****84-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 31,397.48 | 31,397.48 | $0.00 |
| | | | Less: Bank Transfers | | 31,397.48 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **31,397.48** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$31,397.48** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-23167 |
| Case Name: | DEWIT, EUGENE C |
| | DEWIT, DARIEL JEAN |
| Taxpayer ID #: | **-***9155 |
| Period Ending: | 03/20/11 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******84-66 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******8466 | Wire in from JPMorgan Chase Bank, N.A. account *******8466 | 9999-000 | 766.60 | | 766.60 |
| 10/04/10 | 10118 | EMCC, Inc.--Household Bk/Menards | replacement check | 7100-000 | | 642.70 | 123.90 |
| 10/04/10 | 10119 | Clerk of the US Bankruptcy Court | Unclaimed funds | 7100-001 | | 123.90 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **766.60** | **766.60** | **$0.00** |
| Less: Bank Transfers | 766.60 | 0.00 | |
| **Subtotal** | **0.00** | **766.60** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$766.60** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****84-65** | 32,203.81 | -14,960.27 | 0.00 |
| **Checking # ***-*****84-66** | 0.00 | 31,397.48 | 0.00 |
| **Checking # 9200-******84-66** | 0.00 | 766.60 | 0.00 |
| | $32,203.81 | $32,203.81 | $0.00 |

{} Asset reference(s)